IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-154-GCM

| | |
|---|---|
| ABT, INC., ) | |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING |
| ) | ADMISSION PRO HAC VICE |
| ACO POLYMER PRODUCTS, INC., ) | |
| Defendants ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Philip Bautista** to appear *Pro Hac Vice*, dated March 9, 2012 [doc.# 3].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Bautista has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 14, 2012

Graham C. Mullen
United States District Judge