# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12-CV-154-GCM

| | |
|---|---|
| ABT, INC., | ) |
|     Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| ACO POLYMER PRODUCTS, INC., | ) |
|     Defendants | ) |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Patrick J. Krebs** to appear *Pro Hac Vice*, dated March 9, 2012 [doc.# 4].

Upon careful review and consideration, this Court will <u>grant</u> the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Krebs has paid the admission fee of Two Hundred Seventy Six ($276.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: March 14, 2012

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge