IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:12-CV-154-GCM

| ABT, INC., | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ACO POLYMER PRODUCTS, INC., | |
| Defendant. | |

Upon the parties' Joint Motion for Temporary Stay Pending Early Mediation, and for good cause shown, **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that all proceedings in this action are temporarily stayed pending completion of early mediation on or before June 4, 2012. Within 14 days of completion of early mediation, the parties shall either notify the Court that settlement has been reached, or file their proposed discovery plan(s).

IT IS SO ORDERED.

Signed: April 4, 2012

Graham C. Mullen
United States District Judge