IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-154-GCM

| | |
|---|---|
| ABT, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
| | ) ADMISSION PRO HAC VICE |
| ACO POLYMER PRODUCTS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **AMELIA J. WORKMAN FARAGO**, filed July 30, 2012 [doc.#15].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Farago is admitted to appear before this court *pro hac vice* on behalf of defendant.

**IT IS SO ORDERED.**

Signed: July 31, 2012

Graham C. Mullen
United States District Judge