IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-154-GCM

| | | |
|---|---|---|
| ABT, Inc., | ) | |
|     Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ACO POLYMER PRODUCTS, INC., | ) | |
|     Defendants, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. A Certification of Initial Attorneys Conference Report was filed in this matter in which the parties request a conference prior to the setting of a pre-trial order and a conference was set for August 16, 2012. **The Status Conference is hereby RE-SET for August 22, 2012, at 2:00 p.m. in Chambers.**

IT IS SO ORDERED.

Signed: August 13, 2012

Graham C. Mullen
United States District Judge